UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * * *

Donn F. Thomas and Cynthia L. Thomas,

Plaintiffs,

vs.

NOTICE OF RULE 16 PRETRIAL/STATUS CONFERENCE

Stephen L. Juntunen and Lynette A. Rauscher,

Defendants.

Civ. No. 00-1535 (RLE)

* * * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 28th day of June, 2001.

* * *

The above-entitled case is deemed Ready for Trial. A Rule 16 Pretrial/Status Conference is scheduled for **Wednesday, August 1, 2001, at 9:00 a.m.**, before Magistrate Judge Raymond L. Erickson, in Courtroom No. 3, Fourth Floor, United States Courthouse, 515 W. First St., Duluth, Minnesota.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

FILED JUN 28 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(14)