UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

DONN F. THOMAS and
CYNTHIA L. THOMAS,

Plaintiffs,

vs.

STEPHEN L. JUNTUNEN and
LYNETTE A RAUSCHER,

Defendants.

Case No. 00CV1535 RLE

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to a mutual agreement of settlement, IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel of record, that this action shall be dismissed with prejudice and without costs or disbursements to either party.

IT IS FURTHER STIPULATED AND AGREED that an order for dismissal and judgment of dismissal shall be entered without further notice or hearing.

MICHAEL D. SCHWARTZ, P.A.

By ______________________

Michael D. Schwartz
Attorney Registration No. 98164
761 w. 78TH Street
Suite 210
P.O. Box 219
Chanhassen, MN 55317
952/937-5655
November 30, 2001
ATTORNEYS FOR PLAINTIFFS

FILED DEC 12 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

FRYBERGER, BUCHANAN, SMITH & FREDERICK, P.A.

By ____________________
Joseph J. Mihalek
Attorney Registration No. 72904
700 Lonsdale Building
302 West Superior Street
Duluth, MN 55802-1863
218/725-6845
November 27, 2001
ATTORNEYS FOR DEFENDANTS

**ORDER FOR JUDGMENT**

Upon the stipulation of the parties,

IT IS HEREBY ORDERED that this action shall be and hereby is dismissed with prejudice and without costs or attorneys fees to either party. There being no reason for delay, judgment of dismissal shall be entered forthwith.

Dated at Duluth, Minnesota this 12th day of November, 2001.

BY THE COURT:

____________________
Honorable Raymond L. Erickson
Judge of the United States District Court